THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOREN F. PARSONS, Appellant.

*Crimes — arson — judgment of conviction affirmed.*

People v. Parsons, 204 App. Div. 903, affirmed.
(Argued May 11, 1923; decided June 5, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 22, 1922, unanimously affirming a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of arson in the second and third degrees.

*P. Chamberlain* and *Heiby W. Ungerer* for appellant.

*William F. Love,* District Attorney (*Ray F. Fowler* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.